UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH COLVIN, JR.,

    Plaintiff,

v.

    Case No. 2:07-cv-61
    HON. R. ALLAN EDGAR

PATRICIA CARUSO, et al.,

    Defendants.

_____/

### ORDER

    Defendants David Bergh, Keith Castello, Greg Exelby, Wayne DeShambo, Gerald Anderson, B. Bertucci, and David Aaron move for summary judgment pursuant to Fed. R. Civ. P. 56. [Court Doc. No. 178]. On October 26, 2011, Magistrate Judge Timothy P. Greeley submitted his report and recommendation. [Doc. No. 198]. It is recommended that the defendants' motion be denied. The parties have not timely filed any objections to the report and recommendation.

    After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3. For the reasons expressed in the report and recommendation the defendants' motion for summary judgment [Court Doc. No. 178] is **DENIED**.

    SO ORDERED.

    Date: November 17, 2011.

                                    */s/ R. Allan Edgar*
                                      R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE